1  JOHN L. SLAFSKY, State Bar No. 195513
   HOLLIS BETH HIRE, State Bar No. 203651
2  MARK S. WARNICK, State Bar No. 226791
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 493-6811
   jslafsky@wsgr.com
6  hhire@wsgr.com
   mwarnick@wsgr.com
7
   Attorneys for Plaintiff
8  OFFERPAL MEDIA, INC.

9  ERIC W. BENISEK, State Bar No. 209520
   STEPHEN C. STEINBERG, State Bar No. 230656
10 VASQUEZ BENISEK & LINGREN LLP
   3685 Mt. Diablo Blvd., Suite 300
11 Lafayette, CA 94549
   Telephone: (925) 627-4250
12 Facsimile: (925) 403-0900
   ebenisek@vbllaw.com
13 ssteinberg@vbllaw.com

14 Attorneys for Defendant
   KICKFLIP, INC.
15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18 OFFERPAL MEDIA, INC., a Delaware        )   CASE NO.: 09-CV-01734 MMC
   corporation,                            )
19                                         )
              Plaintiff,                   )   **STIPULATION AND ORDER TO**
20                                         )   **CONTINUE SETTLEMENT**
        v.                                 )   **CONFERENCE**
21                                         )
   KICKFLIP, INC., a Delaware corporation, )
22                                         )
              Defendant.                   )
23                                         )

24  ─────────────────────────────────

25      Plaintiff ("Offerpal Media, Inc.") and Defendant ("Kickflip, Inc.") hereby stipulate,

26  through counsel, to continue the Settlement Conference in this matter to November 6, 2009 at
    9:00
27  9:30 a.m. Settlement briefs shall be submitted on or before October 30, 2009, seven days prior

28  to the Settlement Conference.

                                                                                        379859_1

STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE
CASE NO. 09-CV-01734 MMC

Dated: October 2, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/
John L. Slafsky
Hollis Beth Hire
Mark S. Warnick

Attorneys for Plaintiff
Offerpal Media, Inc

Dated: October 2, 2009

VASQUEZ BENISEK & LINDGREN LLP

By: /s/
Eric W. Benisek
Stephen C. Steinberg

Attorneys for Defendant
Kickflip, Inc.

SO ORDERED        Dated: Oct. 5, 2009

/s/ Bernard Zimmerman
The Honorable Bernard Zimmerman
United States Magistrate Judge

-2-

STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE
CASE NO. 09-CV-01734 MMC