JOHN L. SLAFSKY, State Bar No. 195513
HOLLIS BETH HIRE, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
jslafsky@wsgr.com
hhire@wsgr.com

Attorneys for Plaintiff
OFFERPAL MEDIA, INC.

ERIC W. BENISEK, State Bar No. 209520
STEPHEN C. STEINBERG, State Bar No. 230656
VASQUEZ BENISEK & LINGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549
Telephone: (925) 627-4250
Facsimile: (925) 403-0900
ebenisek@vbllaw.com
ssteinberg@vbllaw.com

Attorneys for Defendant
KICKFLIP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFERPAL MEDIA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KICKFLIP, INC., a Delaware corporation,<br><br>    Defendant. | CASE NO.: 09-CV-01734 MMC<br><br>**STIPULATION AND ORDER TO PLACE TRANSCRIPT OF NOVEMBER 6, 2009 PROCEEDINGS UNDER SEAL** |

379859_1

Plaintiff ("Offerpal Media, Inc.") and Defendant ("Kickflip, Inc.") hereby stipulate, through counsel, to place the November 6, 2009 transcript of proceedings in the above-mentioned matter under seal pursuant to Local Rule 79-5 and the Protective Order in this Action.

Good cause exists for sealing the transcript, as the transcript contains terms of a confidential and commercially sensitive settlement agreement. If the transcript becomes publicly available, the terms of the settlement would be revealed and a material provision of the settlement (i.e., confidentiality) would be defeated.

Dated:  November 10, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By   /s/ Hollis Beth Hire
  John L. Slafsky
  Hollis Beth Hire

Attorneys for Plaintiff
Offerpal Media, Inc

Dated:  November 10, 2009

VASQUEZ BENISEK & LINDGREN LLP

By   /s/ Stephen C. Steinberg
  Eric W. Benisek
  Stephen C. Steinberg

Attorneys for Defendant
Kickflip, Inc.

SO ORDERED

DATED:  11/10/2009

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

-2-

STIPULATION AND ORDER TO PLACE TRANSCRIPT
OF NOVEMBER 6, 2009 PROCEEDINGS UNDER SEAL
CASE NO. 09-CV-01734 MMC

**SIGNATURE ATTESTATION**

I, Hollis Beth Hire, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: November 10, 2009            By:   /s/ Hollis Beth Hire
                                          Hollis Beth Hire

-3-

STIPULATION AND ORDER TO PLACE TRANSCRIPT
OF NOVEMBER 6, 2009 PROCEEDINGS UNDER SEAL
CASE NO. 09-CV-01734 MMC