1  JOHN L. SLAFSKY, State Bar No. 195513
   HOLLIS BETH HIRE, State Bar No. 203651
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
5  jslafsky@wsgr.com
   hhire@wsgr.com
6
   Attorneys for Plaintiff
7  OFFERPAL MEDIA, INC.

8  ERIC W. BENISEK, State Bar No. 209520
   STEPHEN C. STEINBERG, State Bar No. 230656
9  VASQUEZ BENISEK & LINGREN LLP
   3685 Mt. Diablo Blvd., Suite 300
10 Lafayette, CA 94549
   Telephone: (925) 627-4250
11 Facsimile: (925) 403-0900
   ebenisek@vbllaw.com
12 ssteinberg@vbllaw.com

13 Attorneys for Defendant
   KICKFLIP, INC.
14

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFERPAL MEDIA, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>KICKFLIP, INC., a Delaware corporation,<br><br>            Defendant. | CASE NO.: 09-CV-01734 MMC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

3828194

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 09-CV-01734 MMC

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, and pursuant to an executed Confidential Settlement Agreement and Fed. R. Civ. P. 41, that the above-captioned action and the claims and defenses asserted therein be dismissed with prejudice.  Each party shall bear its own costs and fees.

The parties further stipulate and agree to the continued jurisdiction of this Court for the purposes of any dispute arising out of, relating to, or in connection with the Confidential Settlement Agreement, or the breach, termination or validity thereof.

Dated:  December 7, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By   /s/  Hollis Beth Hire
        John L. Slafsky
        Hollis Beth Hire

Attorneys for Plaintiff
Offerpal Media, Inc

Dated:  December 7, 2009

VASQUEZ BENISEK & LINDGREN LLP

By   /s/  Stephen C. Steinberg
        Eric W. Benisek
        Stephen C. Steinberg

Attorneys for Defendant
Kickflip, Inc.

SO ORDERED

_____
The Honorable Maxine M. Chesney
United States District Judge

Dated: December 15, 2009

-2-